# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERYK HOOD, Individually and on Behalf of All Those Similarly Situated,<br><br>              Plaintiffs,<br><br>v.<br><br>R & L CARRIERS SHARED SERVICES, LLC,<br><br>              Defendants. | CIVIL ACTION NO:<br>1:17-CV-04050-SCJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eryk Hood and Defendant R & L Carriers Shared Services, LLC respectfully submit this Stipulation of Dismissal With Prejudice with respect to the above-captioned lawsuit.

| | |
|---|---|
| This 10th day of January, 2018. | Respectfully submitted, |
| THE LAW OFFICES OF BRANDON A. THOMAS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Brandon A. Thomas*<br>Brandon A. Thomas (GA Bar No. 742344)<br>1800 Peachtree St., N.W., Suite 300<br>Atlanta, GA 30309<br>Telephone: (404) 343-2441<br>Facsimile: (404) 352-5636<br>Brandon@brandonthomaslaw.com | *s/ Erika L. Leonard*<br>Erika L. Leonard (GA Bar No. 565965)<br>A. Craig Cleland (GA Bar No. 129825)<br>191 Peachtree Street, NE, Suite 4800<br>Atlanta, GA 30303<br>Telephone: (404) 881-1300<br>Facsimile: (404) 870-1732<br>erika.leonard@ogletree.com<br>craig.cleland@ogletree.com |
| *Attorney for Plaintiff Eryk Hood* | *Attorneys for Defendant R & L Carriers Shared Services, LLC* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERYK HOOD, Individually and on Behalf of All Those Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>R & L CARRIERS SHARED SERVICES, LLC,<br><br>                    Defendants. | CIVIL ACTION NO: 1:17-CV-04050-SCJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2018, a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically using the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                  */s/ Erika L. Leonard*
                                                  Erika L. Leonard
                                                  Counsel for Defendant,
                                                  R + L Carriers Shared Services, LLC